# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:18-cr-10015-STA-1 |
| ) | |
| CHRISTINA MCBRIDE , ) | |
| ) | |
|     Defendant ) | |

## ORDER RESETTING CHANGE OF PLEA HEARING
## AND NOTICE OF RESETTING

The Change of Plea in this matter is currently set for October 9, 2018 before Chief Judge S. Thomas Anderson. The Change of Plea in the above styled matter is hereby reset to **Tuesday, October 16, 2018, at 1:00 p.m.** before Judge S. Thomas Anderson; Courtroom #1, 4th Floor, US Courthouse, Jackson, Tennessee.

Enter this the 4th day of October, 2018.

                                                                       s/ S. Thomas Anderson
                                                                        Chief United States District Judge