**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CR. NO. 1:18-10015-STA |
| | ) | |
| CHRISTINA MCBRIDE, | ) | |
| | ) | |
| Defendant. | ) | |

_____

**ORDER ON CHANGE OF PLEA**
**AND NOTICE OF SETTING**

_____

This cause came to be heard on October 16, 2018, Assistant United States Attorney, Matt Wilson, appearing for the Government and the defendant, Christina McBride, appearing in person, and with counsel, Jennifer Free.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, JANUARY 29, 2019 at 1:30 P.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 16th day of October, 2018.


s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT