IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cr. No. 18-cr-10015-STA |
| | ) | |
| CHRISTINA MCBRIDE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AND NOTICE OF SETTING**

The United States has moved this Court to set a hearing date in the above matter.

Wherefore, for good cause, a hearing on the restitution matter is set to **Tuesday, May 14, 2019, at 1:30 p.m.**

IT IS SO ORDERED this 5th day of April, 2019.

                                                          s/S. THOMAS ANDERSON
                                                          CHIEF UNITED STATES DISTRICT JUDGE