IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cr. No. 18-cr-10015-STA |
| CHRISTINA MCBRIDE, | ) |
| Defendant. | ) |

## ORDER

The United States has moved this Court to cancel the hearing on restitution.

Wherefore, for good cause, the hearing on restitution set on May 14, 2019, is cancelled and will be removed from the docket.

IT IS SO ORDERED this 18th day of April, 2019.

        s/S. THOMAS ANDERSON
        CHIEF UNITED STATES DISTRICT JUDGE